JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO,** | Case No. **2:10-cv-03001-VBF -MANx** |
| Plaintiff, | **ORDER** |
| vs. | |
| **FINANCIAL RECOVERY SERVICES, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice and on the merits. Each party shall bear their own costs and expenses. In addition, the parties shall bear their own attorney's fees.

Dated this 27th day of December, 2010.

*Valerie Baker Fairbank*
The Honorable Valerie Baker Fairbank
U.S. District Court Judge